828

No. 82–2090.   BISSETTE *v.* SOUTH CAROLINA.   Sup. Ct. S. C.
Certiorari denied.

No. 82–2093.   BUDDE *v.* KENTRON HAWAII, LTD., ET AL.
C. A. 10th Cir.   Certiorari denied.

No. 82–2097.   LUIGI MARRE LAND & CATTLE CO. *v.* PACIFIC
GAS & ELECTRIC CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–2101.   CAMER ET AL. *v.* EIKENBERRY, ATTORNEY GEN-
ERAL OF WASHINGTON, ET AL.   C. A. 9th Cir.   Certiorari de-
nied.

No. 82–2102.   QUALITY PACKAGING SUPPLY CORP. ET AL. *v.*
CITY OF ROCHESTER ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 82–2103.   UNIVERSAL RESTAURANTS, INC. *v.* FELLOWS.
C. A. 5th Cir.   Certiorari denied.

No. 82–2104.   GRACE *v.* WESTERN CONTRACTING CORP.   Ct.
App. Mich.   Certiorari denied.

No. 82–2106.   LAMPKIN *v.* NORTH AMERICAN FINANCE CO.
Sup. Ct. Miss.   Certiorari denied.

No. 82–2108.   PORTER *v.* UNITED STATES; and
No. 82–2121.   ZANG *v.* UNITED STATES.   C. A. 10th Cir.
Certiorari denied.   Reported below: 703 F. 2d 1186.

No. 82–2109.   PB *v.* UNITED STATES ET AL.   C. A. 3d Cir.
Certiorari denied.

No. 82–2110.   BEST *v.* EAGERTON ET AL.   C. A. 11th Cir.
Certiorari denied.

No. 82–2111.   SHAPIRO *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 82–2112.   RUIZ *v.* CRISTO REY COMMUNITY CENTER ET
AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–2114.   FRANS *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied.